SETAREH LAW GROUP
Shaun Setareh, SBN 204514
shaun@setarehlaw.com
Thomas Segal, SBN 222791
thomas@setarehlaw.com
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel:   +1.310.888.7771
Fax:   +1.310.888.0109

Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, SBN 179751
rj.hendricks@morganlewis.com
Maureen N. Beckley, SBN 316754
maureen.beckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant,
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00386-RS<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(II)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 33046134.1

IT IS HEREBY STIPULATED by and between Plaintiff Joseph L. Schofield ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") (collectively, "the Parties"), by and through their respective counsel of record, that this entire case be and hereby is voluntarily dismissed, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

All parties that have appeared in this action have consented and agreed to the dismissal of this action pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: April 2, 2018

SETAREH LAW GROUP

By _____
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

Dated: March 22, 2018

MORGAN, LEWIS & BOCKIUS LLP

By _____
Robert Jon Hendricks
Andrew P. Frederick
Maureen N. Beckley
Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 33046134.1

1

STIPULATION TO DISMISS ACTION
PURSUANT TO FRCP 41(a)(1)(A)(ii)
Case No. 3:18-cv-00386-RS

**FILER'S ATTESTATION**

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Stipulation to Dismiss Action Pursuant to FRCP 41(a)(1)(A)(ii) on behalf of Plaintiff Joseph L. Schofield and Defendant Delta Air Lines, Inc.  In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's counsel concurs in this filing.

Dated: April 2, 2018                                    MORGAN, LEWIS & BOCKIUS LLP


By: */s/ Andrew P. Frederick*
Robert Jon Hendricks
Andrew P. Frederick
Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO DISMISS ACTION
PURSUANT TO FRCP 41(a)(1)(A)(ii)
Case No. 3:18-cv-00386-RS

DB2/ 33046134.1